# EXHIBIT B

Test Results For Candidates Who Completed PDPC

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | OPI Overall | Tested | Failed 27 % |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-Jun to 20-Jun | | | | | | | | | | |
| 030 | ALI | Dave | | PGPU | 3 | 4 | 2+ | PASS | 1 | |
| 030 | AZIMI | Saleem | | PUPG | 5 | 5 | 4 | PASS | 2 | |
| 030 | BAQAI | Zarghona | | PUPG | 4 | | 3 | PASS | 3 | 1 |
| 030 | DAVOODI | Ferdoun | | PUPG | | | 3 | PASS | 4 | |
| 030 | FAYAZ | Fayzanullay | | PG | 0 | 4 | 3 | PASS | 5 | |
| 030 | KHOZ | Moe | | PUPU | 4 | 4 | 3 | PASS | 6 | |
| 030 | MALAKZAI | Mohammad | | PGPU | 3 | 4 | 5 | PASS | 7 | |
| 030 | MOUGHUDDIN | Asadullah | | PUPG | 4 | 4 | 3 | PASS | 8 | 2 |
| 030 | NABIYAR | Gulam | | PU | 0 | | 3 | PASS | 9 | |
| 030 | NAZIR | Mohammad | | PGPU | 3 | 4 | 3 | PASS | 10 | |
| 030 | RASHIDI | Abdul | | PUPG | 4 | 4 | 3 | PASS | 11 | 3 |
| 030 | RUSTAYEE | Shir | | PUPG | 4 | 4 | 4 | PASS | 12 | |
| 030 | SAYIED | Wazma | | PUPG | 5 | 5 | 4 | PASS | 13 | |
| 030 | TERZY | Jamila | | PUPG | 4 | 3 | 2+ | PASS | 14 | 4 |
| 030 | TOURYALAI | Abdullah | | PGPU | 4 | 4 | 2+ | PASS | 15 | |
| 030 | WARDAK | Guldad | | PGPU | 3 | 4 | 3 | PASS | 16 | |
| 030 | ZAKHILWAL | Emal | | PUPG | 4 | 3 | 4 | PASS | 17 | |
| 1-Jun to 13-Jun | | | | | | | | | | |
| 029 | AMERI | Mohammad | | PG | 4 | 4 | 2+ | PASS | 18 | |
| 029 | AMIN | AMINULLAH | | PG | 4 | 4 | 3 | PASS | 19 | |
| 029 | FATHI | Ali | | PUPG | 4 | 4 | 3 | PASS | 20 | |
| 029 | HABIB | Sayed | | PG | | | 4 | PASS | 21 | |
| 029 | HABIBI | Shen | | PUPG | | | 2+ | PASS | 22 | 5 |
| 029 | HASEEBAMIN | NEELAM | | PUPG | 4 | 4 | 3 | PASS | 23 | |
| 029 | IQBAL | Bismillah | | PUPG | | | 4 | PASS | 24 | 6 |
| 029 | JAHANI | Faiz | | PUPG | 4 | | 2+ | PASS | 25 | |
| 029 | KARIMI | Sarah | | PUPG | | | 3 | PASS | 26 | 7 |
| 029 | MARONESY | Havali | | PG | | | 3 | PASS | 27 | 8 |
| 029 | Mukhtar | Mukhtar | | PUPG | 4 | 5 | 4 | PASS | 28 | 9 |
| 029 | SULAIMANKHAIL | Fraidun | | PUPG | 4 | 4 | 4 | PASS | 29 | |
| 029 | WIDI | GHAWS | | PGPU | 4 | 4 | 2+ | PASS | 30 | 10 |
| 029 | WILLSON | Hassan | | PUPG | 3 | 4 | 3 | PASS | 31 | 11 |
| 029 | KHAN | SALEEM | | PUPG | 4 | 4 | 2+ | PASS | 32 | |
| 029 | YONISI | Ilyas | | PGPU | 4 | 4 | 4 | PASS | 33 | |
| 028 | ZAHEDI | MOHAMMAD | | PUPG | | | 2+ | PASS | 34 | |
| 25-May to 6-June | | | | | | | | | | |
| 028 | AHMADI | Abdullah | | PUPG | 3 | 4 | 3 | Pass | 35 | 12 |
| 028 | AMINI | Rona | | PUPG | 4 | 3 | 2+ | Pass | 36 | 13 |
| 028 | JABARY | Mohammad | | PGPU | 3 | 4 | 3 | Pass | 37 | |
| 028 | JASSOR | Farhad | | PGPU | 4 | 4 | 4 | Pass | 38 | 14 |
| 028 | KAKAR | Arien | | PU-H | 3 | 4 | 4 | Pass | 39 | 15 |
| 028 | KHAN | Mohammadullah | | PUPG | | | 3 | Pass | 40 | 16 |

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | OPI Overall | |
|---|---|---|---|---|---|---|---|---|---|
| 028 | MASUMI | Afzal | | PUPG | 5 | 4 | 4 | Pass | 41 |
| 028 | MUSHFIQ | ASSADULLAH | | PUPG | 4 | 4 | 4 | Pass | 42 |
| 028 | NASSERY | Saidal | | PGPU | 3 | 4 | 3 | Pass | 43 |
| 028 | QURESHI | Yunas | | PUPG | 4 | 4 | 4 | Pass | 44 |
| 028 | RAHIMDAD | Aziz | | PUPG | 4 | 4 | 4 | Pass | 45 |
| 028 | RASHIDI | Faheem | | PUPG | 5 | 4 | 4 | Pass | 46 |
| 028 | SAFI | ZIANAB | | PUPG | 4 | 3 | 4 | Pass | 47 |
| 028 | SHEFA | Homayoun | | PUPG | 4 | 4 | 4 | Pass | 48 |
| 028 | SHERZAI | TOURAN | | PGPU | 3+ | 4 | 2+ | Pass | 49 |
| 028 | SULTANI | Ahmad | | PUPG | 4 | 4 | 3 | Pass | 50 |
| 028 | TAFWED | Raid | | PUPG | 4 | 4 | 4 | Pass | 51 |
| 18-May to 30-May | | | | | | | | | |
| 027 | AHMADZAI | FAHIM | | PUPG | 4 | 3 | 4 | Pass | 52 |
| 027 | AMOZGAR | Mir | | PGPU | 4 | 5 | 4 | Pass | 53 |
| 027 | AZIMI | Sara | | PGPU | 3 | 4 | 4 | Pass | 54 |
| 027 | AZIZ | KABIR | | PGPU | 4 | 5 | 4 | Pass | 55 |
| 027 | DAOUD | Victor | | AE | 4 | 4 | 4 | Pass | 56 |
| 027 | DURANI | Abdul | | PUPG | 4 | 4 | 4 | Pass | 57 |
| 027 | JOHN | Bary | | PG | N/A | | 2+ | Pass | 58 |
| 027 | OLUMEE | Mohammad | | PGPU | 4 | 3 | 4 | Pass | 59 |
| 027 | QURAISHI | Abdul | | PGPU | 3 | 4 | 3 | Pass | 60 |
| 027 | USIFY | Younes | | PUPG | 4 | 3 | 4 | Pass | 61 |
| 11-May to 23-May | | | | | | | | | |
| 026 | ASLAM | ABDUL | | PUPG | 3+ | 4 | 3 | Pass | 62 |
| 026 | HAIDARY | Zaidullah | | PUPG | 5 | 4 | 4 | Pass | 63 |
| 026 | HUMDARD | Latif | | PUPG | 4 | 4 | 4 | Pass | 64 |
| 026 | KABIR SHAH | Asad | | PGPU | 4 | 4 | 4 | Pass | 65 |
| 026 | KHAN | MUDASSAR | | PU | 4 | 4 | 3 | Pass | 66 |
| 026 | KHORISH | Sam | | PUPG | 4 | 3 | 3 | Pass | 67 |
| 026 | LOMANY | Ghulam | | PG | | | | | 68 |
| 026 | MAKHMOOR | Hamidullah | | PGPU | | 1 | 3 | Pass | 69 |
| 026 | OSMANI | Jamil | | PU | 4 | 4 | 4 | Pass | 70 |
| 026 | POPAL | Ahmad | | PUPG | 4 | 4 | 3 | Pass | 71 |
| 026 | SADAT | RAHMAT | | PUPG | 4 | 3 | 3 | Pass | 72 |
| 026 | SAIFI | Tamim | | PUPG | 4 | N/A | 5 | Pass | 73 |
| 026 | SHAH | MIAN | | PU | | | | | 74 |

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | OPI Overall | # |
|---|---|---|---|---|---|---|---|---|---|
| **4-May to 16-May** | | | | | | | | | |
| 025 | AFSHAR | Kamran | | PUPG | 4 | 4 | 2+ | Pass | 75 |
| 025 | BEJORI | ANWAR | | PU | 4 | N/A | 4 | Pass | 76 |
| 025 | DURANI | Nasir | | PUPG | 4 | 4 | 4 | Pass | 77 |
| 025 | HAIDARY | NIZAM | | PUPG | | | 3 | Pass | 78 |
| 025 | KHAN | Mohammad | | PU | 4 | 0 | 4 | Pass | 79 |
| 025 | MUNIR | SARDAR | | PUPG | 4 | 4 | 2+ | Pass | 80 |
| 025 | NOORI | Dastagir | | PGPG | 3 | 4 | 4 | Pass | 81 |
| 025 | PAYKAR | FARUK | | PGPG | 3 | 4 | 3 | Pass | 82 |
| 025 | ROSHNA | QAYUM | | PGPG | 3 | 4 | 3 | Pass | 83 |
| 025 | SAJID | SAMEER | | PGPG | 3 | 4 | 3 | Pass | 84 |
| 025 | SALEH | Rayman | | PGPU | 3 | 4 | 4 | Pass | 85 |
| **27-April to 9-May** | | | | | | | | | |
| 024 | AHMADI | SHAKEEBA | | PUPG | 4 | 4 | 3 | Pass | 86 |
| 024 | HAIDARY | Rahima | | PUPG | 4 | 4 | 3 | Pass | 87 |
| 024 | HOTAKI | ABDULLAH | | PUPG | | | 3 | Pass | 88 |
| 024 | KHATTAK | QADIR | | PUPG | 4 | 4 | 4 | Pass | 89 |
| 024 | MOHAMMED | FAZEL | | PUPG | 4 | 3 | 3 | Pass | 90 |
| 024 | ROADWALL | NOOR | | PUPG | | | 3 | Pass | 91 |
| 024 | SADOZAI | REETA | | PGPU | 3+ | 4 | 2+ | Pass | 92 |
| **20-April to 2-May** | | | | | | | | | |
| 023 | ADALAT | ADAM | | PG | 1 | | 3 | Pass | 93 |
| 023 | ATTAI | Abdoulah | | PUPG | | 4 | 3 | Pass | 94 |
| 023 | AZIZULLAH | Fnu | | PUPG | | | | | 95 |
| 023 | BAQI | ABDUL | | PUPG | 5 | 4 | 4 | Pass | 96 |
| 023 | DURRANI | AMINA | | PU | | | 3 | Pass | 97 |
| 023 | DURRANI | Mohammad | | PG | | | 2+ | Pass | 98 |
| 023 | FAROUQ | Ghulam | | PUPG | 4 | 4 | 4 | Pass | 99 |
| 023 | HAIDARI | WAGMA | | PUPG | 4 | 4 | 4 | Pass | 100 |
| 023 | HAROON | Mohammad | | PU | 4 | 3 | 3 | Pass | 101 |
| 023 | HASSANI | MOHAMMAD | | PUPG | 4 | 3 | 4 | Pass | 102 |
| 023 | MATIN | Amanollah | | PG | 1 | 4 | 4 | Pass | 103 |
| 023 | MOHAMMAD | Najiya | | PG | 5 | 5 | 3 | Pass | 104 |
| 023 | MOJADEDI | MAHTABUDDIN | | PUPG | 4 | 4 | 4 | Pass | 105 |
| 023 | NASHER | Abdullah | | PUPG | | | 3 | Pass | 106 |
| 023 | NOMAIR | Rahida | | PU | 4 | 0 | 4 | Pass | 107 |
| 023 | ODISHO | Ramin | | PG | 0 | 4 | 2+ | Pass | 108 |
| 023 | QADERI | Homayoon | | PUPG | 4 | 4 | 3 | Pass | 109 |
| 023 | SARWARI | Shkoufeh | | PUPG | 3 | 4 | 4 | Pass | 110 |
| 023 | SATARZADH | Abdul | | PUPG | 4 | 4 | 4 | Pass | 111 |
| 023 | SHAKOOR | Anthony | | PU | 4 | 0 | 4 | Pass | 112 |
| 023 | T-MOTLAGH | Neda | | PG | 0 | 4 | 3 | Pass | 113 |
| 023 | ZAMAN | Mark | | PG | | 4 | 2+ | Pass | 114 |

Case 1:09-cv-00296-LMB-JFA   Document 1-2   Filed 03/18/09   Page 5 of 13 PageID# 64
Case 1:09-cv-00296-LMB-JFA   Document 24-1   Filed 06/16/10   Page 5 of 13
Case 1:09-cv-00296-LMB-JFA   Document 21-2   Filed 04/01/10   Page 5 of 13

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | OPI Overall | |
|---|---|---|---|---|---|---|---|---|---|
| 13-April to 25-April | | | | | | | | | |
| 022 | AFRIDI | Maqsood | | PU | | | 2+ | Pass | 115 |
| 022 | ALAMZAI | Khawani | | PUPG | 4 | 4 | 3 | Pass | 116 |
| 022 | AMIN | SHOGHLA | | PUPG | 4 | 3 | 3 | Pass | 117 |
| 022 | AMIRI | AHMAD | | PG | | 3+ | 2+ | Pass | 118 |
| 022 | AREFI | WAHZ | | PUPG | 4 | 3+ | 2+ | Pass | 119 |
| 022 | ARIA | MOHMMAD | | PGPU | 3+ | 4 | 2+ | Pass | 120 |
| 022 | HABIB | Amanullah | | PUPG | 4 | 4 | 3 | Pass | 121 |
| 022 | MOORE | PARWIN | | PUPG | 4 | 4 | 2+ | Pass | 122 |
| 022 | NAWABI | Mohammed | | PGPU | 3 | 4 | 4 | Pass | 123 |
| 022 | POPAL | Shershah | | PGPU | 3 | 4 | 4 | Pass | 124 |
| 022 | POPAL | Wahidullah | | PGPU | 3 | 5 | 3 | Pass | 125 |
| 022 | SAFI | GULSANGA | | PUPG | 4 | 4 | 2+ | Pass | 126 |
| 022 | SAFI | YAMA | | PUPG | 4 | 4 | 4 | Pass | 127 |
| 022 | YOUSAFI | KHADIM | | PUPG | 4 | 3 | 3 | Pass | 128 |
| 022 | YUSUFI | FARIDA | | PU | 4 | 2 | 4 | Pass | 129 |
| 6-April to 18-April | | | | | | | | | |
| 021 | Anwari | Gul | | PUPG | 4 | 4 | 4 | Pass | 130 |
| 021 | Asadi | David | | PUPG | 4 | 3 | 3 | Pass | 131 |
| 021 | Ghafari | Khalilula | | PUPG | 4 | 4 | 2+ | Pass | 132 |
| 021 | Hassan | Azizullah | | PUPG | 4 | 4 | 2+ | Pass | 133 |
| 021 | Hassan | Khoja | | PUPG | | | 3 | Pass | 134 |
| 021 | Hayath | Rhamatullah | | PUPG | | | 3 | Pass | 135 |
| 021 | Hotaki | Khousal | | PUPG | 4 | 3 | 3 | Pass | 136 |
| 021 | Maaroof | Tariq | | PUPG | 4 | 3 | 3 | Pass | 137 |
| 021 | Musa | Ali | | PUPG | 4 | 4 | 2+ | Pass | 138 |
| 021 | Noori | Zabairullah | | PUPG | | | 3 | Pass | 139 |
| 021 | Sharifi | Ebadullah | | PUPG | 5 | 3 | 2+ | Pass | 140 |
| 30-March to 11-April | | | | | | | | | |
| 020 | Abawi | Belal | | PUPG | 4 | 4+ | 2+ | Pass | 141 |
| 020 | Atmar | Mohammad | | PUPG | 4 | 4 | 3 | Pass | 142 |
| 020 | Farahi | Abdul | | PUPG | 4 | 4 | 3 | Pass | 143 |
| 020 | Halimi | Yaqub | | PUPG | 4 | 4 | 3 | Pass | 144 |
| 020 | Nabi | Sardar | | PUPG | 4 | 4 | 2+ | Pass | 145 |
| 020 | Osmani | Najibullah | | PUPG | 4 | 3 | 4 | Pass | 146 |
| 020 | Rehimi | Jamaluddin | | PUPG | 4 | 3 | 3 | Pass | 147 |
| 020 | Sayah | Sid | | PUPG | 4 | 3 | 3 | Pass | 148 |
| 020 | Tewfik | Zaki | | AE | 4 | N/A | 2+ | Pass | 149 |
| | | | | | | | | | 150 |
| 23-March to 4-April | | | | | | | | | |

Case 1:09-cv-00296-LMB-JFA   Document 1-2   Filed 03/18/09   Page 6 of 13 PageID# 65
Case 1:09-cv-00296-LMB-JFA   Document 24-1   Filed 06/16/10   Page 6 of 13
Case 1:09-cv-00296-LMB-JFA   Document 21-2   Filed 04/01/10   Page 6 of 13

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | Overall OPI | |
|---|---|---|---|---|---|---|---|---|---|
| 019 | AZIMI | Abdul | | PGPU | 3 | 4 | 2+ | Pass | 151 |
| 019 | GOOLAHMOD | Khan Mohammad | | PUPG | | 4 | 4 | Pass | 152 |
| 019 | HUSSAINI | Mahbooba | | PGPU | 3 | 4 | 3 | Pass | 153 |
| 019 | KALALY | Said | | PUPG | 4 | 4 | 4 | Pass | 154 |
| 019 | NOURY | David | | PUPG | 4 | 4 | 2+ | Pass | 155 |
| 019 | RASULI | SHAMSSUDDIN | | PGPU | 3 | 4 | 2+ | Pass | 156 |
| 019 | RAZAWI | Azizullah | | PUPG | 4 | 4 | 4 | Pass | 157 |
| 019 | SAFI | Said | | PUPG | 4 | 3+ | 3+ | Pass | 158 |
| **16-March to 28-March** | | | | | | | | | |
| 018 | AFZALZADA | Shukria | | PUPG | 4 | 4 | 4 | Pass | 159 |
| 018 | AHMADZAI | SALAHUDDIN | | PUPG | 4 | 4 | 2+ | Pass | 160 |
| 018 | AMINI | RONA | | PUPG | 4 | 3 | 2+ | Pass | 161 |
| 018 | ASAD | Almal | | PUPG | 4 | 3 | 4 | Pass | 162 |
| 018 | ASHRAFI | AHMADULLAH | | PUPG | 4 | 4 | 2+ | Pass | 163 |
| 018 | AZIZI | Enayatullah | | PUPG | 4 | 4 | 4 | Pass | 164 |
| 018 | BANGASH | Zahid | | PU | 4 | 3 | 4 | Pass | 165 |
| 018 | BARY | Abdul | | PUPG | 4 | 3 | 3 | Pass | 166 |
| 018 | HARONEE | SHARIF | | PUPG | 4 | 4 | 3 | Pass | 167 |
| 018 | HAZRAT | GHULAM | | PUPG | 4 | 4 | 2+ | Pass | 168 |
| 018 | JAMSHIDI | ABDULLAH | | PUPG | 4 | 4 | 4 | Pass | 169 |
| 018 | KHORAM | SAIDA | | PUPG | 3 | 4 | 4 | Pass | 170 |
| 018 | LODIN | AHMADWALI | | PGPU | 4 | 4 | 2+ | Pass | 171 |
| 018 | NAWABI | Jamshid | | PUPG | 4 | 3 | 2+ | Pass | 172 |
| 018 | PASHTOONYAR | Naim | | PUPG | 4 | 4 | 4 | Pass | 173 |
| 018 | PAZIRANDEH | MUMTAZ | | PUPG | 3 | 4 | 2+ | Pass | 174 |
| 018 | RAFIQ | Mohammad | | PGPU | 4 | 4 | 4 | Pass | 175 |
| 018 | SULTANI | Mirmohammad | | PUPG | 3+ | 4 | 2+ | Pass | 176 |
| 018 | WARDAK | Ali | | PUPG | 4 | 4 | 4 | Pass | 177 |
| 018 | WOODOD | WAIS | | PUPG | 3+ | 4 | 4 | Pass | 178 |
| 018 | YAMA | MOHIBULLAH | | PGPU | 4 | 4 | 2+ | Pass | 179 |
| | | Lailohn | | PUPG | 4 | 3 | 3 | Pass | 180 |
| **9-March to 21-March** | | | | | | | | | |
| 017 | ASMATYAR | MOHAMMAD | | PGPU | 3 | 4 | 3 | Pass | 181 |
| 017 | HAKIMI | JOSEPH | | PUPU | 4 | 4 | 2+ | Pass | 182 |
| 017 | IBRAHIMI | NAKE | | PUPG | 4 | 4 | 2+ | Pass | 183 |
| 017 | KAZIMI | SHAH | | PUPG | 4 | 4 | 3 | Pass | 184 |
| 017 | KUDRAT | JAMAL | | PGPU | 3 | 4 | 4 | Pass | 185 |
| 017 | POPAL | ABDUL | | PUPG | 4 | 4 | 4 | Pass | 186 |
| 017 | RAHIMI | ZARIN | | PGPU | 4 | | 2+ | Pass | 187 |
| 017 | SHAHPOOR | MOHAMMED | | PUPG | 4 | 4 | 3 | Pass | 188 |

Case 1:09-cv-00296-LMB-JFA Document 1-2 Filed 03/18/09 Page 7 of 13 PageID# 66
Case 1:09-cv-00296-LMB-JFA Document 24-1 Filed 06/16/10 Page 7 of 13
Case 1:09-cv-00296-LMB-JFA Document 21-2 Filed 04/01/10 Page 7 of 13

| Wave# | Last Name | First Name | SSN | L(C(s) | OPI PU | OPI PG | OPI English | OPI Overall | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2-March to 14-March** | | | | | | | | | | | |
| 016 | AMIN | Mohammad | | PUPG | 4 | 4 | 2+ | Pass | | | 189 |
| 016 | ANWAR | Nawid | | PGPU | 3 | 4 | 2+ | Pass | | | 190 |
| 016 | DAWARZAI | Tandar | | PUPG | 3 | 4 | 2+ | Pass | | | 191 |
| 016 | HAMED | Abdul | | PGPU | 3 | 4 | 2+ | Pass | | | 192 |
| 016 | HEKMATI | Abdul | | PGPU | 3+ | 4 | 2+ | Pass | | 64 | 193 |
| 016 | JAGHORI | Mahmood | | PGPU | 4 | 4 | 2+ | Pass | | 65 | 194 |
| 016 | KHAIL | Abdul | | PGPU | 4 | 4 | 2+ | Pass | | | 195 |
| 016 | MOHAMMADI | Ahmadullah | | PGPU | 4 | 4 | 2+ | Pass | | | 196 |
| 016 | POPAL | Abdullah | | PUPG | 4 | 4 | 2+ | Pass | | 66 | 197 |
| 016 | ROSHAN | Mohammad | | PU | 4+ | 4+ | 2+ | Pass | | | 198 |
| 016 | SHERZADA | Khaled | | PUPG | 4 | 4 | 2+ | Pass | | | 199 |
| 016 | SULAIMAN | Yasin | | PUPG | 4 | 4 | 2+ | Pass | | | 200 |
| 016 | TOKHI | Abdul | | PU | 4 | 4 | 2+ | Pass | | | 201 |
| **24-Feb to 7-March** | | | | | | | | | | | |
| 015 | WAHAB | Manucher | | PGPU | 3+ | 4 | 2+ | Pass | | | 202 |
| 015 | NEJRABI | Safoora | | PGPU | | | 2+ | Pass | | | 203 |
| 015 | QURESHI | Javed | | PGPU | 3 | 4 | 2+ | Pass | | 67 | 204 |
| 015 | CAGATAY | Ziya | | PU | 4 | 4 | 2+ | Pass | | | 205 |
| 015 | MOOMAND | Abdul | | PGPU | 3+ | 4 | 2+ | Pass | | | 206 |
| **17-Feb to 29-Feb** | | | | | | | | | | | |
| 014 | BENAWA | Khoshal | | PGPU | 4 | 4 | 2+ | pass | | | 207 |
| 014 | HAKIMI | Zia | | PGPU | 3+ | 4 | 2+ | pass | | | 208 |
| 014 | KAMALI | Ziaullah | | PUPG | 4 | 4 | 2+ | pass | | | 209 |
| 014 | KOHSTANY | Mohammad | | PUPG | 4 | 4 | 2+ | pass | | | 210 |
| 014 | MIRAHMAD | Ziaullah | | PUPG | 4 | 4 | 2+ | pass | | 71 | 211 |
| 014 | NIAZI | Assadullah | | PGPU | 3 | 4 | 2+ | pass | | | 212 |
| 014 | ZAHIR | Wahida | | PGPU | 4 | 4 | 2+ | pass | | | 213 |
| **10-Feb to 22-Feb** | | | | | | | | | | | |
| 013 | AFSHAR | KAMRAN | | PUPG | 4 | 4 | 2+ | pass | | | 214 |
| 013 | AHMAD | ASAD | | PUUR | 3+ | 4 | 2+ | pass | | 72 | 215 |
| 013 | ARIA | MOHAMMAD | | PGPU | 4 | 4 | 2+ | pass | | | 216 |
| 013 | ASSIFI | MOHAMMAD | | PUPG | 4 | 4 | 2+ | pass | | | 217 |
| 013 | BAHRAMAND | NAJIBULLAH | | PUPG | 4 | 4 | 2+ | pass | | | 218 |
| 013 | HARARI | TORPAKAI | | PUPG | | 4 | 2+ | pass | | 73 | 219 |
| 013 | HELMANDI | AHMAD | | PUPG | | | 2+ | pass | | 74 | 220 |

Case 1:09-cv-00296-LMB-JFA   Document 1-2   Filed 03/18/09   Page 8 of 13 PageID# 67
Case 1:09-cv-00296-LMB-JFA   Document 24-1   Filed 06/16/10   Page 8 of 13
Case 1:09-cv-00296-LMB-JFA   Document 21-2   Filed 04/01/10   Page 8 of 13

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | OPI Overall | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 013 | HOSSEIN | WAHID | | PGPU | 3 | 4 | 2+ | pass | 221 |
| 013 | JAHANI | AJMAL | | PUPG | 4 | 4 | 2+ | pass | 222 |
| 013 | KHAIRI | JON | | PUPG | 4 | 4 | 2+ | pass | 223 |
| 013 | MOSHINI | ALI | | PGPU | 4 | 3+ | 2+ | pass | 224 |
| 013 | PARWANA | MOHAMMAD | | PUPG | 4 | 3+ | 2+ | pass | 225 |
| 013 | QIAMI | HABIB | | PUPG | 4 | 4 | 2+ | pass | 226 |
| 013 | RAHIMI | SORAYA | | PGPU | 3 | 4 | 2+ | pass | 227 |
| 013 | RAHMAN | ABDUL | | PUPG | 4+ | 4+ | 2+ | pass | 228 |
| 013 | SALIHI | EHSAN | | PUPG | 4 | 4 | 2+ | pass | 229 |
| 013 | SARWARI | MOHAMMAD | | PUPG | 4 | 4 | 2+ | pass | 230 |
| 013 | SIDIQI | ABDUL | | PUPG | 4 | 4 | 2+ | pass | 231 |
| 013 | WALYAR | ABDUL | | PGPU | 3 | 4 | 2+ | pass | 232 |
| 3-Feb to 15-Feb | | | | | | | | | |
| 012 | AJIL | OBAIDULLAH | | PUPG | 4 | 3+ | 2+ | pass | 233 |
| 012 | ARYAN | ATIQULLAH | | PUPG | 4 | 3+ | 2+ | pass | 234 |
| 012 | ASHPARI | ABDUL | | PUPG | 4+ | 4+ | 2+ | pass | 235 |
| 012 | HELMAND | AHMADSHAN | | PUPG | 4 | 4 | 2+ | pass | 236 |
| 012 | SIDIQYAR | AYSHAWN | | PUPG | 4 | 4 | 2+ | pass | 237 |
| 012 | BAKHAH-ALI | ZEKRIA | | PGPU | 3 | 4 | 2+ | pass | 238 |
| 012 | DAWARZAI | KHYBARA | | PGPU | 4 | 4 | 2+ | pass | 239 |
| 012 | FAIZ | HUMEIRA | | PGPU | 3+ | 3+ | 2+ | pass | 240 |
| 012 | FARHANG | TORPEKAY | | PGPU | 4 | 4 | 2+ | pass | 241 |
| 12 | GURGUIS | NADER | | AE | 4 | 4 | 3 | pass | 242 |
| 012 | HAMID | ABDUL | | PGPU | 4 | 3+ | 2+ | pass | 243 |
| 012 | SARWARY | MOHAMMAD | | PGPU | 3+ | 4 | 2+ | pass | 244 |
| 012 | ATIQ | AZIZ | | PUPG | 4 | 4 | 2+ | pass | 245 |
| 27-Jan to 8-Feb | | | | | | | | | |

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | OPI Overall | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 011 | AHMAD | NAZIR | | PUPG | 4 | 3+ | 2+ | pass | | 246 |
| 011 | AMINY | NAJIBULLAH | | PUPG | 4 | 4 | 2+ | pass | | 247 |
| 011 | ATTAEE | DOR | | PGPU | 4 | 4 | 2+ | pass | | 248 |
| 011 | BAHRAMAND | WAKIL | | PUPG | 4 | 4 | 2+ | pass | | 249 | 77 |
| 011 | BEHZAD | ZIA | | PUPG | 4 | 4 | 2+ | pass | | 250 |
| 011 | GHULAMHASSAN | FERIEDOON | | PUPG | 4 | 3+ | 2+ | pass | | 251 |
| 011 | JAMAL | SAYED | | PUPU | 4 | 4 | 2+ | pass | | 252 | 78 |
| 011 | JOYANDAH | BARYALAI | | PGPU | 3 | 4 | 2+ | pass | | 253 |
| 011 | LLOYD | PARIGUL | | PUPG | 4 | 3+ | 2+ | pass | | 254 |
| 011 | MAHFOOZ | MASOOD | | PGPU | 4 | 4 | 2+ | pass | | 255 |
| 011 | MEHRABI-MUNSON | ROYA | | PU | 4 | 4 | 2+ | pass | | 256 |
| 011 | NIZAM | FAWAD | | PGPU | 3 | 4+ | 2+ | pass | | 257 | 79 |
| 011 | OMID | NOOR | | PGPU | 3+ | 4 | 2+ | pass | | 258 |
| 011 | POPAL | MOHAMMAD | | PUPG | 4 | 4 | 2+ | pass | | 269 |
| 011 | SAHAK | SADAQATULLAH | | PUPG | 4 | 4 | 2+ | pass | | 260 |
| 011 | SAYED | HASSAN | | PUPG | 4 | 4 | 2+ | pass | | 261 |
| 011 | TAREEN | ATAH | | PUPG | 4 | 3+ | 3 | pass | | 262 |
| 20-Jan to 1-Feb | | | | | | | | | | |

Case 1:09-cv-00296-LMB-JFA   Document 1-2   Filed 03/18/09   Page 10 of 13 PageID# 69
Case 1:09-cv-00296-LMB-JFA   Document 24-1   Filed 06/16/10   Page 10 of 13
Case 1:09-cv-00296-LMB-JFA   Document 21-2   Filed 04/01/10   Page 10 of 13

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU English | OPI PG | OPI English | OPI Overall | |
|---|---|---|---|---|---|---|---|---|---|
| 010 | AHMADZAI | ABDUL | | PUPG | 4 | 4 | 2+ | pass | 263 |
| 010 | ASSEFI | MOHAMMAD | | PGPU | 3 | 4 | 2+ | pass | 264 |
| 010 | AZIZI | WAHEED | | PGPU | | | 2+ | pass | 265 |
| 010 | HAQ | FAZAL | | PUPG | 4 | 4 | 2+ | pass | 266 |
| 010 | ISLAMJAN | NAJIBULLAH | | PUPG | 4 | 4 | 2+ | pass | 267 |
| 010 | KHAIRZAD | FATEH | | PGPU | 3 | 4 | 2+ | pass | 268 |
| 010 | NOOR | MERSA | | PUPG | 4 | 3+ | 2+ | pass | 269 |
| 010 | PAMIR | FNU | | PUPG | 4 | 4 | 2+ | pass | 270 |
| 010 | PARSA | FARHAD | | PUPG | 4 | 4 | 2+ | pass | 271 |
| 010 | RAHEL | SHAFIE | | PGPU | 3+ | 4 | 2+ | pass | 272 |
| 010 | RASULI | MOHAMMAD | | PGPU | 3 | 4 | 2+ | pass | 273 |
| 010 | SADEED | GHULAM | | PGPU | 3 | 4 | 2+ | pass | 274 |
| 010 | SADEED | MASOODA | | PGPU | 4 | 4 | 2+ | pass | 275 |
| 010 | SHAH | KOHISTANY | | PGPU | 3+ | 4 | 2+ | pass | 276 |
| 010 | WARDAK | JALALUDDIN | | PGPU | 4 | 3+ | 2+ | pass | 277 |
| 010 | WASIT | ABDUL | | PUPG | | | 2+ | pass | 278 |
| 13-Jan to 25-Jan | | | | | | | | | |
| 009 | DOST | KAI | | PUPG | 4+ | 4+ | 2+ | pass | 279 |
| 009 | HARIS | MOHAMMAD | | PGPU | 4 | 4 | 2+ | pass | 280 |
| 009 | NAZIR | KHALIL | | PUPG | 4 | 4 | 2+ | pass | 281 |
| 009 | QARIZADAH | ROYA | | PUPG | 3 | 3 | 2+ | pass | 282 |
| 009 | SHER | FREED | | PGPU | 3+ | 4 | 2+ | pass | 283 |
| 6-Jan to 18-Jan | | | | | | | | | |

80
81
82
83

Case 1:09-cv-00296-LMB-JFA  Document 1-2  Filed 03/18/09  Page 11 of 13 PageID# 70
Case 1:09-cv-00296-LMB-JFA  Document 24-1  Filed 06/16/10  Page 11 of 13
Case 1:09-cv-00296-LMB-JFA  Document 21-2  Filed 04/01/10  Page 11 of 13

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | OPI Overall | |
|---|---|---|---|---|---|---|---|---|---|
| 008 | AKBARZADA | BARI | | PUPG | 4 | 4 | 2+ | pass | 284 |
| 008 | HADI | ABDUL | | PUPG | 4 | 4 | 2+ | pass | 285 |
| 008 | KHALIQ | HARRY | | PGPU | 4 | 4 | 2+ | pass | 286 |
| 008 | KHAN | WALI | | PGPU | 3+ | 4 | 2+ | pass | 287 |
| 008 | MANSOORY | ABDUL | | PUPG | 4 | 4 | 2+ | pass | 288 |
| 008 | MOHEBI | ANWAR | | PUPG | 4 | 4 | 2+ | pass | 289 |
| 30-Dec to 11-Jan | | | | | | | | | |
| 007 | FEROZI | MOHAMMED | | PUPG | 4 | 4 | 2+ | pass | 290 |
| 007 | GUL | KHALILULLAH | | | | | | | |
| 007 | HUSSAINI | DAWOOD | | | | | | | |
| 007 | JADRAN | EISA | | | | | | | |
| 007 | KADIR | HADAYATULLAH | | | | | | | |
| 007 | MAHBUB | SAYED | | | | | | | |
| 23-Dec to 4-Jan | | | | | | | | | |
| 006 | AZAD | NASRULLAH | | PUPG | 4 | 4 | 2+ | pass | 291 |
| 006 | NAJIB | IHSAAN | | PGPU | 3 | 4 | 2+ | pass | 292 |
| 006 | NAWAZ | SHAH | | PGPU | 4 | 4 | 2+ | pass | 293 |
| 006 | STANIKZY | AZIM | | PUPG | 4 | 4 | 2+ | pass | 294 |
| ac to 28-Dec | | | | | | | | | |

84  85

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | OPI Overall | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 005 | Abdul-Qayum | Muwafiq | | PUPG | 4 | 4 | 2+ | pass | 295 |
| 005 | Karimi | Miqdad | | PGPU | 3 | 4 | 2+ | pass | 296 |
| 005 | Nejrabi | Zubair | | PGPU | 3 | 4 | 2+ | pass | 297 |
| 005 | Safi | Ashan | | PUPG | 4+ | 4+ | 2+ | pass | 298 |
| **9-Dec to 21-Dec** | | | | | | | | | |
| 004 | Afzali | Yusuf | | PGPU | 3+ | 4 | 2+ | pass | 299 |
| 004 | Ibrahimi | Abdul | | PGPU | 3 | 4 | 2+ | pass | 300 |
| 004 | Nasseri | Mohammad | | PUPG | | | 2+ | pass | 301 |
| **2-Dec to 14-Dec** | | | | | | | | | |
| 003 | Feroz | Zafar | | PUPG | 4 | 4 | 2+ | pass | 302 |
| 003 | Kwaga | Yamah | | PUPG | 4 | 4 | 2+ | pass | 303 |
| 003 | Rahim | Nikmat | | PUPG | 4 | 3+ | 2+ | pass | 304 |
| 003 | Shah | David | | | | | | | |
| **25-Nov to 7-Dec** | | | | | | | | | |
| 002 | Amiri | Sami | | PUPG | 4+ | 4+ | 2+ | pass | 305 |
| 002 | Bakhtari | Omar | | PUPG | 4+ | 4+ | 2+ | pass | 306 |
| 002 | Osman | Zuhal | | PUPG | 4+ | 4+ | 2+ | pass | 307 |
| **18-Nov to 30-Nov** | | | | | | | | | |

86

| Wave# | Last Name | First Name | SSN | LIC(s) | OPI PU | OPI PG | OPI English | OPI Overall | |
|---|---|---|---|---|---|---|---|---|---|
| 001 | Ahmad | Shir | | PGPU | 4+ | 5 | 2+ | pass | 308 |
| 001 | Ali | Muhammad | | PU | 4+ | 0 | 2+ | pass | 309 |
| 001 | Barak | Asadullah | | ??? | | | | | |
| 001 | Hayat | Dost | | PUPG | 4+ | 4+ | 2+ | pass | 310 |