# EXHIBIT C

| Date | Type | Name | WO# | Amount | Notes |
|---|---|---|---|---|---|
| | | Attachment "B" Backup | | | |
| | | Red Cell are DARI ONLY SPEAKERS | | | |
| 4/18/2008 | CASH PAYMENT | Khoja Hassan | WO21-05 | -$485.04 | |
| 4/18/2008 | CASH PAYMENT | Rhamatullah Hassan | WO21-06 | -$483.49 | |
| 4/18/2008 | CASH PAYMENT | Ebadullah Sharifi | WO21-07 | -$395.00 | |
| 4/18/2008 | CASH PAYMENT | David Asadi | WO21-08 | -$480.67 | |
| 4/18/2008 | CASH PAYMENT | Tariq Maaroof | WO21-09 | -$490.33 | |
| 4/18/2008 | CASH PAYMENT | Musa Ali | WO21-10 | -$480.87 | |
| 4/18/2008 | CASH PAYMENT | Gul Anwari | WO21-11 | -$480.19 | |
| 4/18/2008 | CASH PAYMENT | Zabairullah Noori | WO21-12 | -$482.91 | ATS |
| 4/18/2008 | CASH PAYMENT | Khushal Hotaki | WO21-13 | -$501.58 | SOS |
| 4/18/2008 | CASH PAYMENT | Khalilula Ghafari | WO21-14 | -$457.35 | SOS |
| 4/18/2008 | CASH PAYMENT | Ghulam Lomany | WO23-01 | -$107.16 | |
| 4/18/2008 | Malaria Pills | NA | NA | -474.81 | Safeway |
| 4/19/2008 | SER-CHARGE | NA | NA | -$96.00 | |
| 4/23/2008 | DEPOSIT | AEGIS MEP | NA | $12,000.00 | |
| 4/24/2008 | CASH PAYMENT | Nadan Mollagh | WO22-09 | -$182.50 | |
| 4/25/2008 | CASH PAYMENT | Maqsood Afridi | WO22-01 | -$624.00 | |
| 4/25/2008 | CASH PAYMENT | Khwani Alamzai | WO22-02 | -$501.92 | |
| 4/25/2008 | CASH PAYMENT | Shogla Amin | WO22-03 | -$499.37 | ATS |
| 4/25/2008 | CASH PAYMENT | Ahmad Amin | WO22-04 | -$502.37 | |
| 4/25/2008 | CASH PAYMENT | Wahz Arefi | WO22-05 | -$540.00 | Torres |
| 4/25/2008 | CASH PAYMENT | Mohammad Aria | WO22-06 | -$501.54 | Torres |
| 4/25/2008 | CASH PAYMENT | Amadullah Haidi | WO22-07 | -$800.92 | |
| 4/25/2008 | CASH PAYMENT | Darwin Moori | WO22-08 | -$480.05 | |
| 4/25/2008 | CASH PAYMENT | Mohammad Nawabi | WO22-10 | -$499.88 | |
| 4/25/2008 | CASH PAYMENT | Sharshah Popal | WO22-14 | -$491.95 | |
| 4/25/2008 | CASH PAYMENT | Wahidullah Popal | WO22-14 | -$491.88 | |
| 4/25/2008 | CASH PAYMENT | Yama Saji | WO22-15 | -$483.58 | Veritiss |
| 4/25/2008 | CASH PAYMENT | Quisanga Saji | WO22-16 | -$070.04 | |
| 4/25/2008 | CASH PAYMENT | Farjad Juji | WO22-17 | -$505.00 | Veritiss |
| 4/25/2008 | CASH PAYMENT | Abdul Wasey Naderay | BWCI-008 | -$2,000.00 | Con-sultant |
| 5/1/2008 | DEPOSIT | AEGIS MEP | NA | $10,000.00 | |
| 5/2/2008 | CASH PAYMENT | Yousafi Khadim | WO22-10 | -$588.90 | Torres |
| 5/2/2008 | CASH PAYMENT | Maqsood Afridi | WO22-18 | -$279.00 | |
| 5/1/2008 | CASH PAYMENT | Shogla Amin | WO22-19 | -$180.37 | ATS |
| 5/1/2008 | CASH PAYMENT | Mohammad Nawabi | WO22-21 | -$176.68 | |
| 5/2/2008 | CASH PAYMENT | Adam Adalat | WO23-02 | -$479.00 | |
| 5/2/2008 | CASH PAYMENT | Abdoulah Attai | WO23-03 | -$479.00 | |
| 5/2/2008 | CASH PAYMENT | Fnu Azizullah | WO23-04 | -$479.00 | |
| 5/2/2008 | CASH PAYMENT | Abdul Baqi | WO23-05 | -$479.00 | Veritiss |
| 5/2/2008 | CASH PAYMENT | Amina Durrani | WO23-06 | -$530.29 | |
| 5/2/2008 | CASH PAYMENT | Mohammad Durrani | WO23-07 | -$496.18 | |
| 5/2/2008 | CASH PAYMENT | Ghulam Farouq | WO23-08 | -$510.00 | Torres |
| 5/2/2008 | CASH PAYMENT | Mohammad Haroon | WO23-11 | -$544.00 | |
| 5/1/2008 | CASH PAYMENT | Mohammad Hassani | WO23-12 | -$456.61 | Torres |
| 5/2/2008 | CASH PAYMENT | Amanollah Matin | WO23-13 | -$486.93 | |
| 5/2/2008 | CASH PAYMENT | Mohammad Najiya | WO23-14 | -$479.00 | |
| 5/2/2008 | CASH PAYMENT | Mahlabuddin Mojadedi | WO23-15 | -$479.12 | |
| 5/2/2008 | CASH PAYMENT | Rahida Nomair | WO23-16 | -$479.00 | |
| 5/2/2008 | CASH PAYMENT | Abdullah Nasher | WO23-17 | -$479.00 | |
| 5/2/2008 | CASH PAYMENT | Ramin Odisho | WO23-18 | -$725.61 | |
| 5/2/2008 | CASH PAYMENT | Homayoon Qaderi | WO23-19 | -$479.00 | |
| 5/2/2008 | CASH PAYMENT | Shkoufa Sarwari | WO23-20 | -$496.10 | |
| 5/2/2008 | CASH PAYMENT | Abdul Satazadh | WO23-21 | -$484.41 | |
| 5/2/2008 | CASH PAYMENT | Anthony Shakoor | WO23-22 | -$536.60 | |
| 5/2/2008 | CASH PAYMENT | Mark Zaman | WO23-23 | -$478.25 | |
| 5/8/2008 | DEPOSIT | AEGIS MEP | NA | $8,000.00 | |
| 5/9/2008 | CASH PAYMENT | David Rowell | WO22-12 | -$400.38 | |
| 5/9/2008 | CASH PAYMENT | David Rowell | WO22-22 | -$181.00 | |
| 5/9/2008 | CASH PAYMENT | Ahmad Amiri | WO22-23 | -$229.00 | |
| 5/9/2008 | CASH PAYMENT | Wagma Haidari | WO23-10 | -$454.00 | ATS |
| 5/9/2008 | CASH PAYMENT | Fnu Azizullah | WO23-26 | -$346.00 | |
| 5/9/2008 | CASH PAYMENT | Shakeeba Ahmadi | WO24-01 | -$436.00 | TORRES |
| 5/9/2008 | CASH PAYMENT | Abdullah Hotaki | WO24-02 | -$436.00 | TORRES |
| 5/9/2008 | CASH PAYMENT | Qadir Khattak | WO24-03 | -$436.00 | ATS |
| 5/9/2008 | CASH PAYMENT | Rahima Haidary | WO24-04 | -$436.00 | |
| 5/9/2008 | CASH PAYMENT | Noor Roadwall | WO24-05 | -$580.00 | CACI |
| 5/9/2008 | CASH PAYMENT | Reela Sadozai | WO24-06 | -$492.65 | TORRES |
| 5/9/2008 | CASH PAYMENT | Fazel Mohammed | WO24-07 | -$582.13 | ATS |
| 5/9/2008 | CASH PAYMENT | Abdul W. Naderay | BWCI-009 | -$2,000.00 | Con-sultant |
| 5/9/2008 | CASH PAYMENT | Abdul W. Naderay | BWCI-006-A | -$176.00 | Con-sultant |
| 5/12/2008 | CASH PAYMENT | Abdul W. Naderay | BWCI-007-A | -$176.00 | Con-sultant |
| 5/13/2008 | SER-CHARGE | NA | NA | -$85.00 | |
| 5/14/2008 | DEPOSIT | AEGIS MEP | NA | $11,400.00 | |
| 5/16/2008 | CASH PAYMENT | Jawid JAHANI | WO22-08 | -$223.62 | |
| 5/16/2008 | CASH PAYMENT | Jawid JAHANI | WO22-24 | -$213.93 | |
| 5/16/2008 | CASH PAYMENT | Adam ADALAT | WO23-24 | -$745.54 | |
| 5/16/2008 | CASH PAYMENT | Wagma HAIDARI | WO23-28 | -$654.21 | ATS |
| 5/16/2008 | CASH PAYMENT | Abdul BAQI | WO23-27 | -$966.33 | VERITISS |
| 5/16/2008 | CASH PAYMENT | Najiya MOHAMMAD | WO23-29 | -$739.69 | |
| 5/16/2008 | CASH PAYMENT | Homayoon QADERI | WO23-32 | -$818.00 | |
| 5/16/2008 | CASH PAYMENT | Shakeeba AHMADI | WO24-08 | -$506.00 | TORRES |
| 5/16/2008 | CASH PAYMENT | Qadir KHATTAK | WO24-10 | -$501.00 | ATS |
| 5/16/2008 | CASH PAYMENT | Rahima HAIDARY | WO24-11 | -$453.22 | |
| 5/16/2008 | CASH PAYMENT | Kamran AFSHAR | WO13-02 | -$299.65 | SOSI |
| 5/16/2008 | CASH PAYMENT | Kamran AFSHAR | WO25-01 | -$448.12 | |
| 5/16/2008 | CASH PAYMENT | Anwar BEJORI | WO25-02 | -$495.00 | CACI |
| 5/16/2008 | CASH PAYMENT | Sardar MUNIR | WO25-04 | -$507.57 | ATS |
| 5/16/2008 | CASH PAYMENT | Sameer SAJID | WO25-05 | -$452.41 | ATS |

| Date | Type | Name | Ref | Amount | Note |
|---|---|---|---|---|---|
| 5/16/2008 | CASH PAYMENT | Nizam HAIDARY | WO25-06 | -$463.98 | TORRES |
| 5/16/2008 | CASH PAYMENT | Rayman SALEH | WO25-07 | -$459.33 | |
| 5/16/2008 | CASH PAYMENT | Nasir DURANI | WO25-08 | -$482.46 | |
| 5/16/2008 | CASH PAYMENT | Mohammad KHAN | WO25-09 | -$438.02 | |
| 5/16/2008 | CASH PAYMENT | Dastagir NOORI | WO25-10 | -$469.99 | |
| 5/16/2008 | CASH PAYMENT | Qayum ROSHNA | WO25-11 | -$479.49 | |
| 5/22/2008 | DEPOSIT | AEGIS MEP | NA | $8,000.00 | |
| 5/20/2008 | CASH PAYMENT | Abdoulah ATTAI | W023-25 | -$744.28 | |
| 5/23/2008 | CASH PAYMENT | Abdul ASLAMI | W026-01 | -$450.24 | |
| 5/23/2008 | CASH PAYMENT | Zaidullah HAIDARY | W026-02 | -$480.10 | |
| 5/23/2008 | CASH PAYMENT | Latif HUMDARD | W026-03 | -$615.00 | |
| 5/23/2008 | CASH PAYMENT | Asad KABIR SHAH | W026-04 | -$443.47 | |
| 5/23/2008 | CASH PAYMENT | Mudassar KHAN | W026-05 | -$446.91 | ATS |
| 5/23/2008 | CASH PAYMENT | Sam KHORISH | W026-06 | -$507.27 | ATS |
| 5/23/2008 | CASH PAYMENT | Ghulam LOMANY | W026-07 | -$486.62 | |
| 5/23/2008 | CASH PAYMENT | Hamidullah MAKHMOOR | W026-08 | -$424.84 | |
| 5/23/2008 | CASH PAYMENT | Jamil OSMANI | W026-09 | -$442.62 | |
| 5/23/2008 | CASH PAYMENT | Ahmad POPAL | W026-10 | -$432.50 | |
| 5/23/2008 | CASH PAYMENT | Rhmat SADAT | W026-11 | -$452.11 | TORRES |
| 5/23/2008 | CASH PAYMENT | Tamim SAIFI | W026-12 | -$470.44 | |
| 5/23/2008 | CASH PAYMENT | Mian SHAH | W026-13 | -$614.71 | TORRES |
| 5/23/2008 | CASH PAYMENT | Fahim AHMADZAI | W027-01 | -$154.14 | TORRES |
| | | Nasir DURANI | W025-16 | -$526.00 | |
| 5/12/2008 | CASH PAYMENT | Abdul W. Naderay | BWCI-010-A | -$2,000.00 | Consultant |
| 5/29/2008 | DEPOSIT | AEGIS MEP | NA | $22,000.00 | |
| 5/30/2008 | CASH PAYMENT | Abdulkadir SAJD | W00101 | -$105.42 | SAP Billed |
| 5/30/2008 | CASH PAYMENT | Adam ADALAT | W0P1-04 | -$896.00 | |
| 5/30/2008 | CASH PAYMENT | Homayoon QADERI | W023-35 | -$896.00 | |
| 5/30/2008 | CASH PAYMENT | Abdoullah ATTAI | W023-36 | -$896.00 | |
| 5/30/2008 | CASH PAYMENT | Adil BARI | W023-37 | -$896.00 | |
| 5/30/2008 | CASH PAYMENT | Naliya MOHAMMAD | W023-38 | -$896.00 | VERITISS |
| 5/30/2008 | CASH PAYMENT | Wazma HAIDARI | W023-39 | -$896.00 | ATS |
| 5/30/2008 | CASH PAYMENT | Shakeeb AHMADI | W024-12 | -$896.00 | |
| 5/30/2008 | CASH PAYMENT | Rahima HAIDARY | W024-15 | -$896.00 | |
| 5/30/2008 | CASH PAYMENT | Qadir KHATTAK | W024-14 | -$896.00 | ATS |
| 5/30/2008 | CASH PAYMENT | Sameer SAJID | W025-13 | -$896.00 | ATS |
| 5/30/2008 | CASH PAYMENT | Nizam HAIDARY | W025-14 | -$896.00 | TORRES |
| 5/30/2008 | CASH PAYMENT | Rayman SALEH | W025-15 | -$896.00 | |
| 5/30/2008 | CASH PAYMENT | Mohammad KHAN | W025-17 | -$896.00 | |
| 5/30/2008 | CASH PAYMENT | Dastagir NOORI | W025-18 | -$896.00 | |
| 5/30/2008 | CASH PAYMENT | Abdul ASLAMI | W026-14 | -$448.00 | |
| 5/30/2008 | CASH PAYMENT | Asad KABIR SHAH | W026-15 | -$364.00 | |
| 5/30/2008 | CASH PAYMENT | Mudassar KHAN | W026-16 | -$448.00 | |
| 5/30/2008 | CASH PAYMENT | Jamil OSMANI | W026-17 | -$598.00 | |
| 5/30/2008 | CASH PAYMENT | Rahmat SADAT | W026-18 | -$448.00 | |
| 5/30/2008 | CASH PAYMENT | Mir AMOZGAR | W027-02 | -$673.40 | |
| 5/30/2008 | CASH PAYMENT | Sara AZIMI | W027-03 | -$429.39 | |
| 5/30/2008 | CASH PAYMENT | Kabir AZIZ | W027-04 | -$558.28 | ATS |
| 5/30/2008 | CASH PAYMENT | Victor DAOU | W027-06 | -$470.18 | |
| 5/30/2008 | CASH PAYMENT | Abdul DURANI | W027-07 | -$480.28 | |
| 5/30/2008 | CASH PAYMENT | Bary JOHN | W027-08 | -$450.82 | |
| 5/30/2008 | CASH PAYMENT | Mohammad OLUMEE | W027-09 | -$490.52 | |
| 5/30/2008 | CASH PAYMENT | Abdul QURAISHI | W027-10 | -$470.88 | |
| 5/30/2008 | CASH PAYMENT | Younes USUFY | W027-11 | -$520.56 | |
| 5/30/2008 | CASH PAYMENT | Rona AMINI | W028-01 | -$260.55 | |
| 5/30/2008 | CASH PAYMENT | Sabodin SANGAR | W028-02 | -$248.28 | |
| 5/3/2008 | CASH PAYMENT | Saleem KHAN | W029-01 | -$131.75 | |
| 5/30/2008 | CASH PAYMENT | Abdul NAERAY | BWCI-011 | -$1,000.00 | Consultant |
| 6/5/2008 | DEPOSIT | AEGIS MEP | NA | $13,200.00 | |
| 6/6/2008 | CASH PAYMENT | Amanollah MATIN | WO23-33 | -$136.00 | |
| 6/6/2008 | CASH PAYMENT | Amanollah MATIN | WO23-40 | -$193.42 | |
| 6/6/2008 | CASH PAYMENT | Homayoon QADERI | WO23-41 | -$279.00 | |
| 6/6/2008 | CASH PAYMENT | Neda T.MOTLAGH | WO23-42 | -$192.30 | |
| 6/6/2008 | CASH PAYMENT | Shakeeba AHMADI | WO24-15 | -$279.00 | |
| 6/6/2008 | CASH PAYMENT | Qadir KHATTAK | WO24-16 | -$279.00 | ATS |
| 6/6/2008 | CASH PAYMENT | Kamran AFSHAR | WO25-12 | -$386.00 | |
| 6/6/2008 | CASH PAYMENT | Kamran AFSHAR | WO25-19 | -$193.12 | |
| 6/6/2008 | CASH PAYMENT | Rayman SALEH | WO25-20 | -$279.00 | |
| 6/6/2008 | CASH PAYMENT | Sameer SAJID | WO25-21 | -$279.00 | ATS |
| 6/6/2008 | CASH PAYMENT | Nizam HAIDARY | WO25-22 | -$279.00 | ATS |
| 6/6/2008 | CASH PAYMENT | Mohammad KHAN | WO25-23 | -$293.50 | |
| 6/6/2008 | CASH PAYMENT | Tamim SAIFI | WO26-19 | -$98.44 | |
| 6/6/2008 | CASH PAYMENT | Abdul ASLAMI | WO26-20 | -$279.00 | |
| 6/6/2008 | CASH PAYMENT | Mudassar KHAN | WO26-21 | -$279.00 | |
| 6/6/2008 | CASH PAYMENT | Hamidullah MAKHMOOR | WO26-22 | -$194.64 | |
| 6/6/2008 | CASH PAYMENT | Rahmat SADAT | WO26-23 | -$279.00 | |
| 6/6/2008 | CASH PAYMENT | Tamim SAIFI | WO26-24 | -$194.44 | |
| 6/6/2008 | CASH PAYMENT | Sara AZIMI | WO27-12 | -$279.00 | |
| 6/6/2008 | CASH PAYMENT | Younes USUFY | WO27-13 | -$279.00 | |
| 6/6/2008 | CASH PAYMENT | Abdul QURAISHI | WO27-14 | -$279.00 | |
| 6/6/2008 | CASH PAYMENT | Abdullah AHMADI | WO28-03 | -$556.02 | |
| 6/6/2008 | CASH PAYMENT | Mohammad JABARY | WO28-05 | -$499.35 | |
| 6/6/2008 | CASH PAYMENT | Farhad JASSOR | WO28-06 | -$508.34 | |
| 6/6/2008 | CASH PAYMENT | Arian KAKAR | WO28-07 | -$504.35 | |
| 6/6/2008 | CASH PAYMENT | Mohammadullah KHAN | WO28-08 | -$528.91 | |
| 6/6/2008 | CASH PAYMENT | Afzal MASUMI | WO28-09 | -$536.69 | |
| 6/6/2008 | CASH PAYMENT | Assadullah MUSHFIQ | WO28-10 | -$481.92 | TORRES |
| 6/6/2008 | CASH PAYMENT | Saidal NASSERY | WO28-11 | -$546.78 | |
| 6/6/2008 | CASH PAYMENT | Yunas QURESHI | WO28-12 | -$521.74 | |
| 6/6/2008 | CASH PAYMENT | Faheem RASHIDI | WO28-13 | -$523.50 | |
| 6/6/2008 | CASH PAYMENT | Homayoun SHEFA | WO28-14 | -$520.22 | |
| 6/6/2008 | CASH PAYMENT | Sherzal TOURAN | WO28-15 | -$532.14 | |

| Date | Type | Name | Ref | Amount | Note |
|---|---|---|---|---|---|
| 6/6/2008 | CASH PAYMENT | Ahmad SULTANI | WO28-16 | -$481.42 | |
| 6/6/2008 | CASH PAYMENT | Raid TAFWED | WO28-17 | -$500.60 | |
| 6/6/2008 | CASH PAYMENT | Mohammad ZAHEDI | WO28-18 | -$533.84 | |
| 6/6/2008 | CASH PAYMENT | Aziz RAHIMDAD | WO28-19 | -$550.00 | |
| 6/6/2008 | CASH PAYMENT | Zianab SAFI | WO28-20 | -$526.13 | |
| 6/12/2008 | DEPOSIT | AEGIS MEP | NA | $16,250.00 | |
| 6/10/2008 | CASH PAYMENT | Jamila TERZY | 75310 | -$150.00 | |
| 6/10/2008 | CASH PAYMENT | Zarghona BAQAI | 75311 | -$150.00 | |
| 6/10/2008 | CASH PAYMENT | Sarah KARIMI | 75312 | -$150.00 | |
| 6/11/2008 | CASH PAYMENT | Abdullah NASHER | WO23-30 | -$405.50 | |
| 6/11/2008 | CASH PAYMENT | Asadullah MOUGHUDDIN | WO30-02 | -$157.17 | VERITISS |
| 6/11/2008 | CASH PAYMENT | Mohammad NAZIR | WO30-03 | -$179.49 | |
| 6/11/2008 | CASH PAYMENT | Wazma SAYIED | WO30-04 | -$161.56 | |
| 6/11/2008 | CASH PAYMENT | Jamila TERZY | WO30-05 | -$165.15 | |
| 6/12/2008 | CASH PAYMENT | Rahida NOMAIR | WO23-31 | -$405.50 | |
| 6/12/2008 | CASH PAYMENT | Adam ADALAT | WO23-43 | -$446.00 | |
| 6/12/2008 | CASH PAYMENT | Rahida NOMAIR | WO23-49 | -$229.06 | |
| 6/12/2008 | CASH PAYMENT | Abdullah NASHER | WO23-50 | -$229.06 | |
| 6/12/2008 | CASH PAYMENT | Arian KAKAR | WO28-22 | -$258.00 | |
| 6/12/2008 | CASH PAYMENT | Raid TAFWED | WO28-23 | -$258.00 | |
| 6/12/2008 | CASH PAYMENT | Mohammad MALAKZAI | WO30-06 | -$182.36 | |
| 6/13/2008 | CASH PAYMENT | Abdoulah ATTAI | WO23-44 | -$467.00 | |
| 6/13/2008 | CASH PAYMENT | Fnu AZIZULLAH | WO23-45 | -$781.00 | |
| 6/13/2008 | CASH PAYMENT | Wagma HAIDARI | WO23-46 | -$467.00 | ATS |
| 6/13/2008 | CASH PAYMENT | Najiya MOHAMMAD | WO23-47 | -$467.00 | |
| 6/13/2008 | CASH PAYMENT | Abdul BAQI | WO23-48 | -$467.00 | VERITISS |
| 6/13/2008 | CASH PAYMENT | Neda T-MOTLAGH | WO23-51 | -$240.00 | |
| 6/13/2008 | CASH PAYMENT | Amanollah MATIN | WO23-52 | -$240.00 | |
| 6/13/2008 | CASH PAYMENT | Rahima HAIDARY | WO24-17 | -$467.00 | |
| 6/13/2008 | CASH PAYMENT | Dastagir NOORI | WO25-23 | -$467.00 | |
| 6/13/2008 | CASH PAYMENT | Ahmad POPAL | WO26-25 | -$204.93 | |
| 6/13/2008 | CASH PAYMENT | Abdul QURAISHI | WO27-15 | -$240.00 | |
| 6/13/2008 | CASH PAYMENT | Abdul DURANI | WO27-16 | -$424.00 | |
| 6/13/2008 | CASH PAYMENT | Mohammad JABARY | WO28-20 | -$279.00 | |
| 6/13/2008 | CASH PAYMENT | Ahmad SULTANI | WO28-21 | -$279.00 | |
| 6/13/2008 | CASH PAYMENT | Assadullah MUSHFIQ | WO28-23 | -$236.00 | |
| 6/13/2008 | CASH PAYMENT | Aminullah AMIN | WO29-03 | -$485.91 | SOSI |
| 6/13/2008 | CASH PAYMENT | Ali FATHI | WO29-04 | -$499.69 | |
| 6/13/2008 | CASH PAYMENT | Sayed HABIB | WO29-05 | -$444.57 | |
| 6/13/2008 | CASH PAYMENT | Shan HABIBI | WO29-06 | -$661.35 | |
| 6/13/2008 | CASH PAYMENT | Neelam HASEEBAMIN | WO29-07 | -$442.91 | SOSI |
| 6/13/2008 | CASH PAYMENT | Bismillah IQBAL | WO29-08 | -$441.80 | |
| 6/13/2008 | CASH PAYMENT | Faiz JAHANI | WO29-09 | -$467.62 | |
| 6/13/2008 | CASH PAYMENT | Sarah KARIMI | WO29-10 | -$484.80 | |
| 6/13/2008 | CASH PAYMENT | Havail MARONESY | WO29-11 | -$441.80 | |
| 6/13/2008 | CASH PAYMENT | Muhktar MUKHTAR | WO29-12 | -$481.36 | CACI |
| 6/13/2008 | CASH PAYMENT | Fraidum SULAIMANKHAIL | WO29-13 | -$489.39 | |
| 6/13/2008 | CASH PAYMENT | Ghaws WIDI | WO29-14 | -$605.00 | TORRES |
| 6/13/2008 | CASH PAYMENT | Hassan WILLSON | WO29-15 | -$480.16 | |
| 6/13/2008 | CASH PAYMENT | Ilayas YONISI | WO29-16 | -$485.55 | |
| 6/13/2008 | CASH PAYMENT | Saleem KHAN | WO29-17 | -$165.76 | ATS |
| 6/13/2008 | CASH PAYMENT | Feridoun DAVOODI | WO30-01 | -$212.00 | |
| 6/14/2008 | SER-CHARGE | NA | NA | -$84.02 | |
| 6/18/2008 | CASH PAYMENT | Farhad JASSOR | WO28-24 | -$236.00 | |
| 6/18/2008 | CASH PAYMENT | Farhad JASSOR | WO28-25 | -$125.34 | |
| 6/19/2008 | DEPOSIT | MEP | NA | $8,000.00 | |
| 6/20/2008 | CASH PAYMENT | Mirmohammad RAFIQ | WO18-23 | -$476.78 | |
| 6/20/2008 | CASH PAYMENT | Victor DAOUD | WO27-18 | -$196.16 | |
| 6/20/2008 | CASH PAYMENT | Fraidum SULAIMANKHAIL | WO29-17 | -$236.00 | |
| 6/20/2008 | CASH PAYMENT | Dave ALI | WO30-08 | -$502.00 | |
| 6/20/2008 | CASH PAYMENT | David ASHLEY | WO30-09 | -$433.92 | |
| 6/20/2008 | CASH PAYMENT | Guldad WARDAK | WO30-10 | -$542.55 | |
| 6/20/2008 | CASH PAYMENT | Moe Khoz | WO30-11 | -$505.00 | |
| 6/20/2008 | CASH PAYMENT | Gulam NABIYAR | WO30-12 | -$438.00 | |
| 6/20/2008 | CASH PAYMENT | Zarghona BAQAI | WO30-13 | -$487.57 | SOSI |
| 6/20/2008 | CASH PAYMENT | Saleem AZIMI | WO30-14 | -$443.83 | |
| 6/20/2008 | CASH PAYMENT | Gerald BELL | WO30-15 | -$480.50 | |
| 6/20/2008 | CASH PAYMENT | Fayzanullay FAYAZ | WO30-16 | -$446.04 | |
| 6/20/2008 | CASH PAYMENT | Abdul RASHIDI | WO30-17 | -$447.15 | |
| 6/20/2008 | CASH PAYMENT | Shir Rustayee | WO30-18 | -$487.68 | |
| 6/20/2008 | CASH PAYMENT | Abdullah TOURYALAI | WO30-19 | -$475.91 | |
| 6/20/2008 | CASH PAYMENT | Emal ZAKHILWAL | WO30-20 | -$500.86 | |
| 6/30/2008 | CASH PAYMENT | Neda T-MOTLAGH | WO23-51A | -$102.60 | |
| 7/3/2008 | CASH PAYMENT | Nadiera SADEED | WO32-01 | -$478.60 | |
| 7/7/2008 | CASH PAYMENT | Amanollah MATIN | WO23-52A | -$395.42 | |
| 7/7/2008 | CASH PAYMENT | Feridoun DAVOODI | WO30-01A | -$395.42 | |
| 7/10/2008 | SER-CHARGE | NA | NA | -$72.00 | |
| 7/10/2008 | CASH PAYMENT | Ahmad MUKHTAR | WO34-01 | -$209.02 | |
| 7/10/2008 | CASH PAYMENT | Mahboba KAZEMI | WO34-02 | -$190.99 | |
| 7/17/2008 | CASH PAYMENT | Kai SADIQI | DO 5-01 | -$303.34 | DO 5-01 |