**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

_____
                                                    )
**UNITED STATES _ex rel_ PAUL FUNK,**      )
                                                    )
     **Plaintiff,**                                 )
                                                    )
**v.**                                              )    **Case No.: 1:09-cv-00296-LMB-JFA**
                                                    )
                                                    )
**MISSION ESSENTIAL PERSONNEL,**       )
**LLC.,**                                           )
                                                    )
     **Defendant.**                              )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

All matters in controversy in this action having been resolved, it is stipulated by and between Paul Funk and Mission Essential Personnel, LLC, through their undersigned counsel of record, that this action be, and the same hereby is, dismissed <u>with prejudice</u> as to Plaintiff and Defendant, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure.  The parties will bear their respective costs.

The parties understand that, though not a party to this action, this matter is dismissed without prejudice as to the United States.

This, the 9th day of February, 2011.

     / s / Steven J. Toll
     Steven J. Toll

     Steven J. Toll (VSB No. 15300)
     Kit A. Pierson
     David A. Young
     COHEN MILSTEIN SELLERS & TOLL PLLC
     1100 New York Avenue, N.W.
     Suite 500 West
     Washington, DC  20005
     Tel:  (202) 408-4600

Fax:  (202) 408-4699
stoll@cohenmilstein.com
kpierson@cohenmilstein.com
dyoung@cohenmilstein.com

Mark Hanna (VSB No. 45442)          Scott Newar
MURPHY ANDERSON PLLC                700 Louisiana, 25th Floor
1701 K St., N.W., Suite 210         Houston, Texas 77002
Washington, DC  20006               Tel:  (713) 220-9155
Tel:  (202) 223-2620                Fax:  (713) 223-9319
Fax:  (202) 223-8651                newar@newarlaw.com
mhanna@murphypllc.com

*Counsel for Relator Paul Funk*


  / s / Anthony H. Anikeeff
Anthony H. Anikeeff

Anthony Hotchkiss Anikeeff (VSB     Adam Casagrande (VSB No. 46726)
No. 20338)                          Williams Mullen
Williams Mullen                     1700 Dominion Tower
8300 Greensboro Drive               999 Waterside Dr
Suite 1100                          Norfolk, VA  23510
Mclean, VA  22102                   acasagrande@williamsmullen.com
aanikeeff@williamsmullen.com

*Counsel for Defendant Mission Essential Personnel, LLC*


SO ORDERED :

Date : _____        _____
                                        Judge Leonie M. Brinkema

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2011, the foregoing **Stipulation of**

**Dismissal with Prejudice** was electronically filed with the Clerk of the Court using the CM/ECF

system, which caused a notification of such filing to be sent to the following:

Anthony Hotchkiss Anikeeff
Williams Mullen
8300 Greensboro Drive
Suite 1100
Mclean, VA  22102
aanikeeff@williamsmullen.com

Adam Casagrande
Williams Mullen
1700 Dominion Tower
999 Waterside Dr
Norfolk, VA  23510
acasagrande@williamsmullen.com

Monika L. Moore
Gerard J. Mene
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
monika.moore@usdoj.gov
gerard.mene@usdoj.gov

/ s / Steven J. Toll
Steven J. Toll (VSB No. 15300)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699
stoll@cohenmilstein.com