UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES *ex rel* PAUL FUNK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No.: 1:09-cv-00296-LMB-JFA |
| MISSION ESSENTIAL PERSONNEL, LLC., | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All matters in controversy in this action having been resolved, it is stipulated by and between Paul Funk and Mission Essential Personnel, LLC, through their undersigned counsel of record, that this action be, and the same hereby is, dismissed <u>with prejudice</u> as to Plaintiff and Defendant, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure. The parties will bear their respective costs.

The parties understand that, though not a party to this action, this matter is dismissed without prejudice as to the United States.

This, the 9th day of February, 2011.

    / s / Steven J. Toll
Steven J. Toll

Steven J. Toll (VSB No. 15300)
Kit A. Pierson
David A. Young
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC  20005
Tel:  (202) 408-4600

Fax:  (202) 408-4699
stoll@cohenmilstein.com
kpierson@cohenmilstein.com
dyoung@cohenmilstein.com

| | |
|---|---|
| Mark Hanna (VSB No. 45442) | Scott Newar |
| MURPHY ANDERSON PLLC | 700 Louisiana, 25th Floor |
| 1701 K St., N.W., Suite 210 | Houston, Texas 77002 |
| Washington, DC  20006 | Tel:  (713) 220-9155 |
| Tel:  (202) 223-2620 | Fax:  (713) 223-9319 |
| Fax:  (202) 223-8651 | newar@newarlaw.com |
| mhanna@murphypllc.com | |

*Counsel for Relator Paul Funk*


 / s / Anthony H. Anikeeff
Anthony H. Anikeeff

| | |
|---|---|
| Anthony Hotchkiss Anikeeff (VSB No. 20338) | Adam Casagrande (VSB No. 46726) |
| Williams Mullen | Williams Mullen |
| 8300 Greensboro Drive | 1700 Dominion Tower |
| Suite 1100 | 999 Waterside Dr |
| Mclean, VA  22102 | Norfolk, VA  23510 |
| aanikeeff@williamsmullen.com | acasagrande@williamsmullen.com |

*Counsel for Defendant Mission Essential Personnel, LLC*



SO ORDERED :

Date : _____          _____
                                              Judge Leonie M. Brinkema

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2011, the foregoing **Stipulation of Dismissal with Prejudice** was electronically filed with the Clerk of the Court using the CM/ECF system, which caused a notification of such filing to be sent to the following:

Anthony Hotchkiss Anikeeff
Williams Mullen
8300 Greensboro Drive
Suite 1100
Mclean, VA  22102
aanikeeff@williamsmullen.com

Adam Casagrande
Williams Mullen
1700 Dominion Tower
999 Waterside Dr
Norfolk, VA  23510
acasagrande@williamsmullen.com

Monika L. Moore
Gerard J. Mene
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
monika.moore@usdoj.gov
gerard.mene@usdoj.gov

   / s / Steven J. Toll
Steven J. Toll (VSB No. 15300)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699
stoll@cohenmilstein.com