IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PAUL FUNK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:09cv296 (LMB/JFA) |
| | ) | |
| MISSION ESSENTIAL PERSONNEL, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' RESPONSE TO THE STIPULATION OF DISMISSAL

Pursuant to 31 U.S.C. § 3730(b), the United States has seen the Stipulation of Dismissal with Prejudice filed in this case on February 9, 2011, and consents to the dismissal of this matter. As reflected in the Stipulation of Dismissal, the parties have agreed that the matter is dismissed without prejudice as to the United States.

///

///

-1-

Respectfully submitted,

Neil H. MacBride
United States Attorney


By: _____/s/_____
Monika L. Moore
Assistant United States Attorney
Justin W. Williams U.S. Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3779
Fax: (703) 299-3893
monika.moore@usdoj.gov


Joyce Branda
Michal Tingle
Alan Gale
United States Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
(202) 307-6296
(202) 616-3085
Alan.Gale@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

  IT IS HEREBY CERTIFIED that on this 9th day of February, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to the following:

    Mark Hanna
    MURPHY ANDERSON PLLC
    1701 K Street NW; Suite 210
    Washington, DC 20006

    Steven J. Toll
    Kit A. Pierson
    David A. Young
    COHEN MILSTEIN SELLERS & TOLL PLLC
    1100 New York Avenue, N.W.
    Suite 500 West
    Washington, DC 20005

    Anthony Hotchkiss Anikeeff
    WILLIAMS MULLEN
    8300 Greensboro Drive
    Suite 1100
    Mclean, VA 22102

    Adam Casagrande
    WILLIAMS MULLEN
    1700 Dominion Tower
    999 Waterside Dr
    Norfolk, VA 23510

      /s/
    Monika L. Moore
    Assistant United States Attorney
    Justin W. Williams U.S. Attorney Building
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Telephone: (703) 299-3779
    Facsimile: (703) 299-3983
    Email: monika.moore@usdoj.gov
    Attorney for the United States