UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES *ex rel* PAUL FUNK,

Plaintiff,

v.

MISSION ESSENTIAL PERSONNEL, LLC.,

Defendant.

Case No.: 1:09-cv-00296-LMB-JFA

FILED
FEB - 9 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## STIPULATION OF DISMISSAL WITH PREJUDICE

All matters in controversy in this action having been resolved, it is stipulated by and between Paul Funk and Mission Essential Personnel, LLC, through their undersigned counsel of record, that this action be, and the same hereby is, dismissed with prejudice as to Plaintiff and Defendant, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure. The parties will bear their respective costs.

The parties understand that, though not a party to this action, this matter is dismissed without prejudice as to the United States.

This, the 9th day of February, 2011.

/ s / Steven J. Toll
Steven J. Toll

Steven J. Toll (VSB No. 15300)
Kit A. Pierson
David A. Young
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600

Fax: (202) 408-4699
stoll@cohenmilstein.com
kpierson@cohenmilstein.com
dyoung@cohenmilstein.com

Mark Hanna (VSB No. 45442)
MURPHY ANDERSON PLLC
1701 K St., N.W., Suite 210
Washington, DC 20006
Tel: (202) 223-2620
Fax: (202) 223-8651
mhanna@murphypllc.com

Scott Newar
700 Louisiana, 25th Floor
Houston, Texas 77002
Tel: (713) 220-9155
Fax: (713) 223-9319
newar@newarlaw.com

*Counsel for Relator Paul Funk*

 / s / Anthony H. Anikeeff
Anthony H. Anikeeff

Anthony Hotchkiss Anikeeff (VSB No. 20338)
Williams Mullen
8300 Greensboro Drive
Suite 1100
Mclean, VA 22102
aanikeeff@williamsmullen.com

Adam Casagrande (VSB No. 46726)
Williams Mullen
1700 Dominion Tower
999 Waterside Dr
Norfolk, VA 23510
acasagrande@williamsmullen.com

*Counsel for Defendant Mission Essential Personnel, LLC*

SO ORDERED :

Date : February 9, 2011

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge